# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY J. SAMANGO, JR.,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 17-2484** |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Defendant.** : | |

## ORDER

**AND NOW**, this __18th__ day of June, 2019, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 28), Defendant's Response in Opposition thereto (ECF No. 32), Defendant's Motion for Summary Judgment (ECF No. 29), Plaintiff's Response in Opposition thereto (ECF No. 31), Plaintiff's First Amended Complaint (ECF No. 3), Defendant's Answer and Counterclaim (ECF No. 6), and Plaintiff's Answer to the Counterclaim (ECF No. 7), **IT IS HEREBY ORDERED AND DECREED** that Plaintiff's Motion for Summary Judgment (ECF No. 28) is **DENIED**, and Defendant's Motion for Summary Judgment (ECF No. 29) is **GRANTED**.[1]

**IT IS FURTHER ORDERED** as follows:

1. The Clerk of Court shall enter judgment against Anthony J. Samango, Jr. for the unpaid trust fund taxes of SS Frames Corporation in the amount of $918,636.78, plus statutory interest and penalties accruing from August 16, 2018, until paid;

2. Plaintiff's First Amended Complaint is **DISMISSED**; and

---

[1] This Order accompanies the Court's Memorandum Opinion dated June 18, 2019.

3. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**